Entered: June 17, 2025
Signed: June 17, 2025

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

---

**In re: Case No.: 24−17981 − DER Chapter: 7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Annapolis Site Development, Inc.
117 Lejeune Way
Annapolis, MD 21401

Social Security No.:

Employer's Tax I.D. No.: 81−4458080

---

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 9/23/24.

The estate of the above−named debtor has been fully administered.

ORDERED, that Marc H. Baer is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec −** ***MichelleRaymond***